## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DONALD REECE, | ) | 3:14-CV-0192-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 4, 2015 |
| RICHARD SHEPARD, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Four motions filed by plaintiff are currently pending, and the court will address each one in turn.

**#30  Plaintiff's motion to add another defendant to this case**

Plaintiff filed a motion to add the warden of Northern Nevada Correctional Center, Isidro Baca, as a defendant in this case (#30).  Defendants opposed the motion (#34).  No reply was filed.

Plaintiff has failed to follow Local Rule 15-1 which requires a party to file a motion for leave to amend complaint and requires the plaintiff to attach the proposed amended pleading to any motion so that it will be complete in itself without reference to the superseding pleading.  Therefore, plaintiff's motion for leave to add a defendant (#30) is **DENIED.**

**#31  Plaintiff's request for court to take a physical review of property "unauthorized" by Richard Shepherd**
and
**#32  Plaintiff's request for court to rule on Nevada Department of Corrections failure to file inmate property being handled without inmate being present**

Plaintiff filed two motions concerning his property (#s 31 & 32).  Defendants filed an opposition to both motions (#34).  No reply was filed.

By these motions, plaintiff appears to either be attempting to have the court conduct discovery on his behalf, attempting to file a dispositive motion, or asking the court for legal advice.  In any event, plaintiff's motions (#s 31 & 32) are unclear, improper, and may contain new allegations not pled in his complaint and are **DENIED**.

**#33  Plaintiff's motion to request court to grant plaintiff a medical appointment because of condition**

By this motion, plaintiff is asking that the court order an appointment for him at the Arthritis Center of Reno.  Defendants opposed the motion (#34), and no reply was filed.

Plaintiff's sole surviving legal claim in this case is one brought pursuant to the Fourteenth Amendment (i.e., deprivation of property without due process) (#7).  Therefore, plaintiff's medical condition is not the subject of this lawsuit, and his motion (#33) is **DENIED**.

**IT IS SO ORDERED.**

                                      LANCE S. WILSON, CLERK

By:_____/s/_____
                Deputy Clerk